

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00187-CV

| | | |
|---|---|---|
| DAVID LYNN, Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-331430-22) |
| | § | August 11, 2022 |
| RONALD FERGUSON, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for lack of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM